**U.S. District Court**
**Western District of Pennsylvania (Pittsburgh)**
**CIVIL DOCKET FOR CASE #: 2:10–cv–00134–DSC**

DEPPENBROOK et al v. PENSION BENEFIT GUARANTY CORPORATION
Assigned to: David S. Cercone
Cause: 29:1362 ERISA

Date Filed: 01/28/2010
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**PAUL DEPPENBROOK**    represented by    **PAUL DEPPENBROOK**
1324 4th Street
Beaver Falls, PA 15010
(724) 847–9142
PRO SE

**Cynthia Reed Eddy**
Johnson &Eddy
707 Grant Street
1720 Gulf Tower
Pittsburgh, PA 15219
(412) 338–4790
Fax: 412–227–3851
Email: ceddy@johnsoneddy.com
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ED ANTHENSON**    represented by    **ED ANTHENSON**
12555 Springfield Road
Springfield, OH 44443
330–549–3840
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN E. ATKINSON**    represented by    **JOHN E. ATKINSON**
1508 W. 8th Street
Beaver Falls, PA 15010
724–846–1816
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **LEE BLANKENBICKER** | represented by | **LEE BLANKENBICKER** <br> 405 Russell Drive <br> New Brighton, PA 15066 <br> 724–846–0356 <br> PRO SE <br><br> **Cynthia Reed Eddy** <br> (See above for address) <br> *TERMINATED: 03/17/2011* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MICHAEL E. BURCKURE** | represented by | **MICHAEL E. BURCKURE** <br> 3624 52nd Street <br> New Brighton, PA 15066 <br> 724–843–7914 <br> PRO SE <br><br> **Cynthia Reed Eddy** <br> (See above for address) <br> *TERMINATED: 03/17/2011* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **RALPH CANANZI** | represented by | **RALPH CANANZI** <br> 1006 9th Avenue <br> Beaver Falls, PA 15010 <br> 724–847–2721 <br> PRO SE <br><br> **Cynthia Reed Eddy** <br> (See above for address) <br> *TERMINATED: 03/17/2011* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **HARRY P. CARCASE** | represented by | **HARRY P. CARCASE** <br> 121 McKinley Parkway <br> No. 2 <br> Buffalo, NY 14220 <br> 716–823–7537 <br> PRO SE <br><br> **Cynthia Reed Eddy** <br> (See above for address) <br> *TERMINATED: 03/17/2011* <br> *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **PAUL BRUCE CERATTI** | represented by | **PAUL BRUCE CERATTI** <br> 74 Valley View Drive <br> Ambridge, PA 15003 |

724–385–0542
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANK CHRICO**                represented by  **FRANK CHRICO**
707 North Avenue
Beaver, PA 15009
724–775–4089
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E. J. CORBIN**                represented by  **E. J. CORBIN**
899 Grant Street
Monaca, PA 15061
724–336–6128
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID CORY**                represented by  **DAVID CORY**
Box 182
Wampum, PA 16157
724–535–1098
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROGER COTTERMAN**                represented by  **ROGER COTTERMAN**
1450 8th Avenue
New Brighton, PA 15066
724–843–1310
PRO SE

**Cynthia Reed Eddy**

(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARTHUR BRUCE CRIBBS**          represented by  **ARTHUR BRUCE CRIBBS**
2410 Bradys Run Road
Beaver, PA 15009
724–728–5583
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM EATON**          represented by  **WILLIAM EATON**
304 14th Avenue
New Brighton, PA 15066
724–846–0508
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANK R. FERRERI**          represented by  **FRANK R. FERRERI**
760 Devitt Avenue
Campbell, OH 44405
330–755–6093
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TERRY FLUENT**          represented by  **TERRY FLUENT**
6691 State Route 193
Andover, OH 44003
440–293–2424
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **JOHN W. FRITZ, JR.** | represented by | **JOHN W. FRITZ, JR.**<br>116 Orchard Street<br>Beaver Falls, PA 15010<br>724–843–3446<br>PRO SE<br><br>**Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **WILLIAM GIPSON** | represented by | **WILLIAM GIPSON**<br>1097 Mapletree Street<br>East Liverpool, OH 43920<br>330–385–4761<br>PRO SE<br><br>**Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **OLSAN W. GLOVER** | represented by | **OLSAN W. GLOVER**<br>1807 12th Street<br>Beaver Falls, PA 15010<br>724–843–3504<br>PRO SE<br><br>**Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **RON GOSSARD** | represented by | **RON GOSSARD**<br>2005 17th Street<br>Beaver Falls, PA 15010<br>724–847–1768<br>PRO SE<br><br>**Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **CLIFFORD J. HALLSTEAD** | represented by | **CLIFFORD J. HALLSTEAD**<br>2306 7th Avenue |

                    Beaver Falls, PA 15010
                    724–846–9277
                    PRO SE

                    **Cynthia Reed Eddy**
                    (See above for address)
                    *TERMINATED: 03/17/2011*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT HEATON**                  represented by  **ROBERT HEATON**
                    114 Maple Street
                    New Brighton, PA 15066
                    724–843–8323
                    PRO SE

                    **Cynthia Reed Eddy**
                    (See above for address)
                    *TERMINATED: 03/17/2011*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT C. HARRINGTON**        represented by  **ROBERT C. HARRINGTON**
                    P. O. Box 584
                    Beaver Falls, PA 15010
                    724–462–3229
                    PRO SE

                    **Cynthia Reed Eddy**
                    (See above for address)
                    *TERMINATED: 03/17/2011*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WAYNE HOSCAR**                  represented by  **WAYNE HOSCAR**
                    407 36th Street
                    Beaver Falls, PA 15010
                    724–827–8734
                    PRO SE

                    **Cynthia Reed Eddy**
                    (See above for address)
                    *TERMINATED: 03/17/2011*
                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES MICHAEL HOWE**         represented by  **JAMES MICHAEL HOWE**
                    664 Aley Hill Road
                    Darlington, PA 16115
                    724–846–0465
                    PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT H. HUSTON**　　　　　　　　represented by　**ROBERT H. HUSTON**
508 47th Street
Beaver Falls, PA 15010
724–846–7167
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLES W. HUNTINGTON**　　　　represented by　**CHARLES W. HUNTINGTON**
2901 24th Avenue
Beaver Falls, PA 15010
724–846–2781
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RAYMOND A. KANE**　　　　　　　　represented by　**RAYMOND A. KANE**
2902 20th Street Ext.
Beaver Falls, PA 15010
724–843–0996
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEITH A. KNOX**　　　　　　　　　　represented by　**KEITH A. KNOX**
3627 7th Avenue
Beaver Falls, PA 15010
724–846–7838
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACK E. LIBERT**                    represented by **JACK E. LIBERT**
                                                    302 Harbinson Road
                                                    Beaver Falls, PA 15010
                                                    724–843–6403
                                                    PRO SE

                                                    **Cynthia Reed Eddy**
                                                    (See above for address)
                                                    *TERMINATED: 03/17/2011*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES M. MANNON**                   represented by **JAMES M. MANNON**
                                                    801 Planter Driver
                                                    Rochester, PA 15074
                                                    724–728–4980
                                                    PRO SE

                                                    **Cynthia Reed Eddy**
                                                    (See above for address)
                                                    *TERMINATED: 03/17/2011*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN R. MCDANEL**                   represented by **JOHN R. MCDANEL**
                                                    245 Hall Road
                                                    Beaver, PA 15066
                                                    724–495–3796
                                                    PRO SE

                                                    **Cynthia Reed Eddy**
                                                    (See above for address)
                                                    *TERMINATED: 03/17/2011*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM L. MCDOWELL**               represented by **WILLIAM L. MCDOWELL**
                                                    213 5th Street
                                                    Apartment B
                                                    Ellwood City, PA 16117
                                                    724–544–4139
                                                    PRO SE

                                                    **Cynthia Reed Eddy**
                                                    (See above for address)
                                                    *TERMINATED: 03/17/2011*
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

                                      represented by

| | | |
|---|---|---|
| **ALBERT MOORE**<br>*also known as*<br>DENNY MOORE | | **ALBERT MOORE**<br>501 Cannelton Road<br>Darlington, PA 16115<br>724–827–2962<br>PRO SE<br><br>**Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**DAVID W. NAMOLA** represented by **DAVID W. NAMOLA**
510 Shady Drive
Beaver Falls, PA 15010
724–843–2519
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES P. NESTASIE** represented by **JAMES P. NESTASIE**
P.O. Box 51
Edinberg, PA 16116
724–652–1202
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANK RAY PARRISH** represented by **FRANK RAY PARRISH**
512 Wises Grove Road
New Brighton, PA 15066
724–847–0983
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THOMAS R. PARRISH** represented by **THOMAS R. PARRISH**
186 W. Madison Street
Rochester, PA 15074
724–774–7223

PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JERRY W. POWERS**  represented by  **JERRY W. POWERS**
113 Chippewa Park Road
Beaver Falls, PA 15010
724−846−2039
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THOMAS M. PROCOVICH**  represented by  **THOMAS M. PROCOVICH**
611 Duss Avenue
Rochester, PA 15074
724−775−8693
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD M. RIHLEY**  represented by  **RICHARD M. RIHLEY**
141 Sunview Drive
Beaver Falls, PA 15010
724−847−3062
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARL ROSE**  represented by  **CARL ROSE**
918 12th Street
Beaver Falls, PA 15010
724−847−3062
PRO SE

**Cynthia Reed Eddy**
(See above for address)

*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PAUL KANE**  represented by  **PAUL KANE**
902 3rd Avenue
Apt. #4
New Brighton, PA 15066
724–843–0996
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEX HERBANIK**  represented by  **LEX HERBANIK**
1615 18th Street
Beaver Falls, PA 15010
724–846–4870
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TONY BRIANCESCO**  represented by  **TONY BRIANCESCO**
145 Patricia Drive
Beaver Falls, PA 15010
724–827–2958
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLES MAHOSKY**  represented by  **CHARLES MAHOSKY**
195 Darlington Road
Wampum, PA 16157
724–535–8545
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STANLEY TURAK**  represented by  **STANLEY TURAK**
1401 Market Street
Bridgewater, PA 15009
724–774–5564
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ART EVANS**  represented by  **ART EVANS**
1140 6th Avenue
Freedom, PA 15042
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HOWARD D. SHULER, JR.**  represented by  **HOWARD D. SHULER, JR.**
455 E Washington Street
Rochester, PA 15074
724–728–7551
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT TAYLOR**  represented by  **ROBERT TAYLOR**
2104 6th Avenue
Beaver Falls, PA 15010
724–843–6333
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACK THOMAS**  represented by  **JACK THOMAS**
270 Parkway Street
Struthers, OH 44471

|  |  |
|---|---|
|  | PRO SE |
|  | **Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **DENNIS THUMM** | represented by | **DENNIS THUMM**<br>1068 Main Street<br>Wampum, PA 16157<br>724–535–1352<br>PRO SE |
| | | **Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JOSEPH TRZCINSKI** | represented by | **JOSEPH TRZCINSKI**<br>803 2nd Avenue<br>Beaver Falls, PA 15010<br>724–846–9392<br>PRO SE |
| | | **Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **WILLIAM J. VENEZIE, SR.** | represented by | **WILLIAM J. VENEZIE, SR.**<br>2303 6th Avenue<br>Beaver Falls, PA 15010<br>724–846–9596<br>PRO SE |
| | | **Cynthia Reed Eddy**<br>(See above for address)<br>*TERMINATED: 03/17/2011*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **EDWARD M. WALSH** | represented by | **EDWARD M. WALSH**<br>407 Ariston Street<br>Pittsburgh, PA 15210<br>412–884–7466<br>PRO SE |
| | | **Cynthia Reed Eddy**<br>(See above for address) |

*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUIS A. YOUNG**  represented by  **LOUIS A. YOUNG**
401 16th Street
New Brighton, PA 15066
724–843–2590
PRO SE

**Cynthia Reed Eddy**
(See above for address)
*TERMINATED: 03/17/2011*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PENSION BENEFIT GUARANTY CORPORATION**  represented by  **Nathaniel Rayle**
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Suite 340
Washington, DC 20005–4026
(202) 326–4020 x3886
Fax: (202) 326–4112
Email: rayle.nathaniel@pbgc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2010 | Ï 1 | MOTION for Leave to Proceed in forma pauperis by ED ANTHONSEN, JOHN E. ATKINSON, LEE BLANKENBICKER, TONY BRIANSESCO, MICHAEL E. BURCKURE, RALPH CANANZI, HARRY P. CARCASE, PAUL BRUCE CERATTI, FRANK CHRICO, E. J. CORBIN, DAVID CORY, ROGER COTTERMAN, ARTHUR BRUCE CRIBBS, PAUL DEPPENBROOK, WILLIAM EATON, ART EVANS, FRANK R. FERRERI, TERRY LEE FLUENT, JOHN W. FRITZ, JR, WILLIAM GIBSON, OLSON W. GLOVER, RON GOSSARD, CLIFFORD J. HALSTEAD, ROBERT HEATON, LEX HERBANIK, ROBERT C. HERRINGTON, WAYNE HOSCH, JAMES MICHAEL HOWE, ROBERT H. HUSTON, CHARLES W. HUTINGTON, PAUL KANE, RAYMOND A. KANE, KEITH A. KNOX, JACK E. LIBERT, CHARLES MAHOSKY, JAMES M. MANNION, JOHN R. MCDANEL, WILLIAM L. MCDOWEL, ALBERT MOORE, DAVID W. NAMOLA, JAMES P. NESTASIE, FRANK RAY PARRISH, THOMAS R. PARRISH, JERRY W. POWERS, THOMAS M. PROCOVICH, RICHARD M. RIHELY, CARL ROSE, HOWARD D. SHULER, JR, ROBERT TAYLOR, JACK THOMAS, DENNIS THUMM, JOSEPH TRZCINSKI, STANLEY TURAK, WILLIAM J. VENEZIE, SR, EDWARD M. WALSH, LOUIS A. YOUNG. (Attachments: # 1 Complaint, # 2 Civil Cover Sheet, # 3 Motion for Temporary Injunction, # 4 Order Granting Preliminary Injunciton; setting date for Hearing of Application for Preliminary Injunction, # 5 Affidavit in Support of Motion for Injunctive Relief) (jv) (Entered: 01/29/2010) |
| 04/14/2010 | Ï 2 | |

| | | |
|---|---|---|
| | | MEMORANDUM ORDER directing that on or before May 14, 2010, each Plaintiff shall file with the Clerk of Court a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs. Failure to comply with this Order shall result in the denial of the Motion for Leave to Proceed In Forma Pauperis and dismissal of the action. Signed by Judge David S. Cercone on 4/14/2010. (jmc) (Entered: 04/14/2010) |
| 04/15/2010 | Ï | Motions (Application to Proceed Informa Pauperis for each pltf) due by 5/14/2010 (jv) (Entered: 04/15/2010) |
| 05/14/2010 | Ï 3 | MOTION to Withdraw 1 MOTION for Leave to Proceed in forma pauperis, MOTION to Pay the Normal Filing Fee, MOTION to Accept Three Signatures on Future Filings for the Sake of Practicality instead of 56 Signatures by PAUL DEPPENBROOK, ALBERT MOORE, WILLIAM J. VENEZIE, SR. (Attachments: # 1 Pro Se Litigants) (jv) (Entered: 05/14/2010) |
| 05/14/2010 | Ï 4 | Filing fee: $350.00, receipt number 2468006191 (jv) (Entered: 05/14/2010) |
| 05/14/2010 | Ï 7 | COMPLAINT against PENSION BENEFIT GUARANTY CORPORATION ), filed by WILLIAM L. MCDOWEL, JOHN R. MCDANEL, CLIFFORD J. HALSTEAD, HARRY P. CARCASE, ROBERT H. HUSTON, JOHN W. FRITZ, JR, ED ANTHONSEN, PAUL DEPPENBROOK, WILLIAM GIBSON, JACK E. LIBERT, TERRY LEE FLUENT, PAUL KANE, WILLIAM J. VENEZIE, SR, CHARLES W. HUTINGTON, JAMES MICHAEL HOWE, RAYMOND A. KANE, LOUIS A. YOUNG, JERRY W. POWERS, RON GOSSARD, WILLIAM EATON, ART EVANS, WAYNE HOSCH, E. J. CORBIN, JAMES M. MANNION, DAVID CORY, DENNIS THUMM, STANLEY TURAK, RICHARD M. RIHELY, ROBERT HEATON, TONY BRIANSESCO, ARTHUR BRUCE CRIBBS, ROBERT C. HERRINGTON, KEITH A. KNOX, RALPH CANANZI, HOWARD D. SHULER, JR, THOMAS R. PARRISH, DAVID W. NAMOLA, JOHN E. ATKINSON, ROBERT TAYLOR, FRANK CHRICO, THOMAS M. PROCOVICH, ROGER COTTERMAN, CHARLES MAHOSKY, FRANK R. FERRERI, JACK THOMAS, FRANK RAY PARRISH, PAUL BRUCE CERATTI, LEE BLANKENBICKER, ALBERT MOORE, EDWARD M. WALSH, JAMES P. NESTASIE, LEX HERBANIK, CARL ROSE, OLSON W. GLOVER, JOSEPH TRZCINSKI, MICHAEL E. BURCKURE. (Attachments: # 1 Civil Cover Sheet) (jv) (Entered: 05/28/2010) |
| 05/14/2010 | Ï 8 | MOTION for Temporary Injunction by ED ANTHONSEN, JOHN E. ATKINSON, LEE BLANKENBICKER, TONY BRIANSESCO, MICHAEL E. BURCKURE, RALPH CANANZI, HARRY P. CARCASE, PAUL BRUCE CERATTI, FRANK CHRICO, E. J. CORBIN, DAVID CORY, ROGER COTTERMAN, ARTHUR BRUCE CRIBBS, PAUL DEPPENBROOK, WILLIAM EATON, ART EVANS, FRANK R. FERRERI, TERRY LEE FLUENT, JOHN W. FRITZ, JR, WILLIAM GIBSON, OLSON W. GLOVER, RON GOSSARD, CLIFFORD J. HALSTEAD, ROBERT HEATON, LEX HERBANIK, ROBERT C. HERRINGTON, WAYNE HOSCH, JAMES MICHAEL HOWE, ROBERT H. HUSTON, CHARLES W. HUTINGTON, PAUL KANE, RAYMOND A. KANE, KEITH A. KNOX, JACK E. LIBERT, CHARLES MAHOSKY, JAMES M. MANNION, JOHN R. MCDANEL, WILLIAM L. MCDOWEL, ALBERT MOORE, DAVID W. NAMOLA, JAMES P. NESTASIE, FRANK RAY PARRISH, THOMAS R. PARRISH, JERRY W. POWERS, THOMAS M. PROCOVICH, RICHARD M. RIHELY, CARL ROSE, HOWARD D. SHULER, JR, ROBERT TAYLOR, JACK THOMAS, DENNIS THUMM, JOSEPH TRZCINSKI, STANLEY TURAK, WILLIAM J. VENEZIE, SR, EDWARD M. WALSH, LOUIS A. YOUNG. (Attachments: # 1 Civil Cover Sheet, # 2 Affidavit in Support of Temporary Injunction) (jv) (Entered: 05/28/2010) |
| 05/26/2010 | Ï 5 | AMENDED COMPLAINT against PENSION BENEFIT GUARANTY CORPORATION, filed by WILLIAM L. MCDOWEL, JOHN R. MCDANEL, CLIFFORD J. HALSTEAD, HARRY P. CARCASE, ROBERT H. HUSTON, JOHN W. FRITZ, JR, ED ANTHONSEN, PAUL DEPPENBROOK, WILLIAM GIBSON, JACK E. LIBERT, TERRY LEE FLUENT, PAUL KANE, WILLIAM J. VENEZIE, SR, CHARLES W. HUTINGTON, JAMES MICHAEL HOWE, RAYMOND A. KANE, LOUIS A. YOUNG, JERRY W. POWERS, RON GOSSARD, |

| | | |
|---|---|---|
| | | WILLIAM EATON, ART EVANS, WAYNE HOSCH, E. J. CORBIN, JAMES M. MANNION, DAVID CORY, DENNIS THUMM, STANLEY TURAK, RICHARD M. RIHELY, ROBERT HEATON, TONY BRIANSESCO, ARTHUR BRUCE CRIBBS, ROBERT C. HERRINGTON, KEITH A. KNOX, RALPH CANANZI, HOWARD D. SHULER, JR, THOMAS R. PARRISH, DAVID W. NAMOLA, JOHN E. ATKINSON, ROBERT TAYLOR, FRANK CHRICO, THOMAS M. PROCOVICH, ROGER COTTERMAN, CHARLES MAHOSKY, FRANK R. FERRERI, JACK THOMAS, FRANK RAY PARRISH, PAUL BRUCE CERATTI, LEE BLANKENBICKER, ALBERT MOORE, EDWARD M. WALSH, JAMES P. NESTASIE, LEX HERBANIK, CARL ROSE, OLSON W. GLOVER, JOSEPH TRZCINSKI, MICHAEL E. BURCKURE. (Attachments: # 1 Amended Complaint Continued) (jv) (Entered: 05/26/2010) |
| 05/27/2010 | Ï 6 | ORDER granting 3 Motion to Withdraw Motion for Leave to Proceed In Forma Pauperis; granting 3 Motion to Pay the Normal Filing Fee; and denying 3 Motion to Accept Three Signatures on Future Filings. Signed by Judge David S. Cercone on 5/27/10. (jmc) (Entered: 05/27/2010) |
| 06/30/2010 | Ï 9 | BRIEF in Opposition re 8 Motion for Temporary Injunction, filed by PENSION BENEFIT GUARANTY CORPORATION. (Rayle, Nathaniel) (Entered: 06/30/2010) |
| 07/06/2010 | Ï 10 | NOTICE of Appearance by Nathaniel Rayle on behalf of PENSION BENEFIT GUARANTY CORPORATION. (Rayle, Nathaniel) (Entered: 07/06/2010) |
| 07/15/2010 | Ï 11 | ORDER scheduling Initial Case Management Conference for 9/10/10 at 11:00 AM in Courtroom 7A before Judge David S. Cercone. Rule 26 conference to be held on or before 8/6/10. Stipulation Selecting ADR Process and Rule 26 Meeting Report due by 8/27/10. Signed by Judge David S. Cercone on 7/15/10. (Attachments: # 1 Exhibit A – Stipulation Selecting ADR Process; and # 2 Exhibit B – Rule 26 Report Form) (njt) (Entered: 07/15/2010) |
| 07/23/2010 | Ï 12 | Remark: Copy of order scheduling Initial Case Management Conference sent to plaintiff Wayne Hoscar to address of record returned by U.S. Postal Service indicating "not deliverable as addressed/unable to forward." (njt) (Entered: 07/23/2010) |
| 07/29/2010 | Ï 13 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (njt) (Entered: 07/29/2010) |
| 08/02/2010 | Ï 14 | MOTION to Dismiss re 5 Amended Complaint by PENSION BENEFIT GUARANTY CORPORATION. (Attachment: # 1 Proposed Order) (Rayle, Nathaniel) Modified on 8/3/2010. (jsp) (Entered: 08/02/2010) |
| 08/02/2010 | Ï 15 | MEMORAANDUM of Points and Authorities in Support re 14 Motion to Dismiss filed by PENSION BENEFIT GUARANTY CORPORATION. (Rayle, Nathaniel) Modified on 8/3/2010. (jsp) (Entered: 08/02/2010) |
| 08/03/2010 | Ï 16 | ORDER Response/Briefing Schedule re 14 defendant's Motion to Dismiss. Plaintiffs' Response and Brief in Opposition due by 9/3/2010. Signed by Judge David S. Cercone on 8/3/10. (njt) (Entered: 08/03/2010) |
| 08/11/2010 | Ï 17 | Remark: Mailings sent to plaintiffs ROBERT H. HUSTON, E. J. CORBIN, and WAYNE HOSCAR by first class mail to their addresses of record returned by the United States Postal Service indicating "return to sender; not deliverable as address; unable to forward." (njt) (Entered: 08/11/2010) |
| 08/27/2010 | Ï 18 | STIPULATION selecting ADR process by PENSION BENEFIT GUARANTY CORPORATION (Rayle, Nathaniel) (Entered: 08/27/2010) |

| | | |
|---|---|---|
| 08/27/2010 | 19 | REPORT of Rule 26(f) Planning Meeting. (Rayle, Nathaniel) (Entered: 08/27/2010) |
| 09/03/2010 | 20 | RESPONSE to Motion re 14 MOTION to Dismiss re 5 Amended Complaint, filed by ED ANTHENSON, JOHN E. ATKINSON, LEE BLANKENBICKER, TONY BRIANCESCO, MICHAEL E. BURCKURE, RALPH CANANZI, HARRY P. CARCASE, PAUL BRUCE CERATTI, FRANK CHRICO, E. J. CORBIN, DAVID CORY, ROGER COTTERMAN, ARTHUR BRUCE CRIBBS, PAUL DEPPENBROOK, WILLIAM EATON, ART EVANS, FRANK R. FERRERI, TERRY FLUENT, JOHN W. FRITZ, JR, WILLIAM GIPSON, OLSAN W. GLOVER, RON GOSSARD, CLIFFORD J. HALLSTEAD, ROBERT C. HARRINGTON, ROBERT HEATON, LEX HERBANIK, WAYNE HOSCAR, JAMES MICHAEL HOWE, CHARLES W. HUNTINGTON, ROBERT H. HUSTON, PAUL KANE, RAYMOND A. KANE, KEITH A. KNOX, JACK E. LIBERT, CHARLES MAHOSKY, JAMES M. MANNON, JOHN R. MCDANEL, WILLIAM L. MCDOWELL, ALBERT MOORE, DAVID W. NAMOLA, JAMES P. NESTASIE, FRANK RAY PARRISH, THOMAS R. PARRISH, JERRY W. POWERS, THOMAS M. PROCOVICH, RICHARD M. RIHLEY, CARL ROSE, HOWARD D. SHULER, JR, ROBERT TAYLOR, JACK THOMAS, DENNIS THUMM, JOSEPH TRZCINSKI, STANLEY TURAK, WILLIAM J. VENEZIE, SR, EDWARD M. WALSH, LOUIS A. YOUNG. (jsp) (Entered: 09/03/2010) |
| 09/10/2010 | 21 | Minute Entry for Case Management Conference held before Judge David S. Cercone on 9/10/2010: Nathaniel Rayle, Esq. appointed liaison counsel for ADR purposes. Parties have selected Mediation as their ADR Process. Costs of mediation shall be split 50% by Plaintiffs collectively and 50% by Defendant. Plaintiffs have consented to the appointment of counsel for ADR purposes, therefore, selection of a neutral shall be deferred pending appointment of counsel. Once counsel has been appointed for Plaintiffs, the parties shall select a neutral and mediation must be completed within sixty (60) days of the appointment of counsel. Case Management Order will also be deferred until counsel has been appointed. (Court Reporter: none) (jmc) (Entered: 09/10/2010) |
| 09/15/2010 | 22 | CONSENT to Appointment of Counsel for ADR Only by plaintiffs ED ANTHENSON, JOHN E. ATKINSON, LEE BLANKENBICKER, MICHAEL E. BURCKURE, RALPH CANANZI, PAUL BRUCE CERATTI, FRANK CHRICO, E. J. CORBIN, ROGER COTTERMAN, ARTHUR BRUCE CRIBBS, PAUL DEPPENBROOK, ART EVANS, TERRY FLUENT, WILLIAM GIPSON, OLSAN W. GLOVER, RON GOSSARD, CLIFFORD J. HALLSTEAD, ROBERT C. HARRINGTON, ROBERT HEATON, LEX HERBANIK, CHARLES W. HUNTINGTON, ROBERT H. HUSTON, PAUL KANE, RAYMOND A. KANE, KEITH A. KNOX, JACK E. LIBERT, CHARLES MAHOSKY, JAMES M. MANNON, JOHN R. MCDANEL, WILLIAM L. MCDOWELL, ALBERT MOORE, DAVID W. NAMOLA, JAMES P. NESTASIE, FRANK RAY PARRISH, HOWARD D. SHULER, JR, ROBERT TAYLOR, JACK THOMAS, JOSEPH TRZCINSKI, WILLIAM J. VENEZIE, SR, and LOUIS A. YOUNG (njt) (Entered: 09/15/2010) |
| 10/22/2010 | 23 | ORDER of Appointment of Attorney Cynthia Reed Eddy as counsel for pro se plaintiffs for ADR only. Signed by Judge David S. Cercone on 10/22/10. (njt) (Entered: 10/22/2010) |
| 12/21/2010 | 24 | MOTION for Status Conference, MOTION to Stay *of Minute Entry* by PENSION BENEFIT GUARANTY CORPORATION. (Attachments: # 1 Proposed Order) (Rayle, Nathaniel) (Entered: 12/21/2010) |
| 01/05/2011 | 25 | RESPONSE to Motion re 24 MOTION for Status Conference MOTION to Stay *of Minute Entry* filed by ED ANTHENSON, JOHN E. ATKINSON, LEE BLANKENBICKER, TONY BRIANCESCO, MICHAEL E. BURCKURE, RALPH CANANZI, HARRY P. CARCASE, PAUL BRUCE CERATTI, FRANK CHRICO, E. J. CORBIN, DAVID CORY, ROGER COTTERMAN, ARTHUR BRUCE CRIBBS, PAUL DEPPENBROOK, WILLIAM EATON, ART EVANS, FRANK R. FERRERI, TERRY FLUENT, JOHN W. FRITZ, JR, WILLIAM GIPSON, OLSAN W. GLOVER, RON GOSSARD, CLIFFORD J. HALLSTEAD, ROBERT C. |

| | | |
|---|---|---|
| | | HARRINGTON, ROBERT HEATON, LEX HERBANIK, WAYNE HOSCAR, JAMES MICHAEL HOWE, CHARLES W. HUNTINGTON, ROBERT H. HUSTON, PAUL KANE, RAYMOND A. KANE, KEITH A. KNOX, JACK E. LIBERT, CHARLES MAHOSKY, JAMES M. MANNON, JOHN R. MCDANEL, WILLIAM L. MCDOWELL, ALBERT MOORE, DAVID W. NAMOLA, JAMES P. NESTASIE, FRANK RAY PARRISH, THOMAS R. PARRISH, JERRY W. POWERS, THOMAS M. PROCOVICH, RICHARD M. RIHLEY, CARL ROSE, HOWARD D. SHULER, JR, ROBERT TAYLOR, JACK THOMAS, DENNIS THUMM, JOSEPH TRZCINSKI, STANLEY TURAK, WILLIAM J. VENEZIE, SR, EDWARD M. WALSH, LOUIS A. YOUNG. (Eddy, Cynthia) (Entered: 01/05/2011) |
| 02/08/2011 | Ï 26 | ORDER denying 24 Motion for Status Conference; denying 24 Motion to Stay. IT IS FURTHER ORDERED that Attorney Patricia Dodge shall be appointed as neutral by a separate Order of this Court and the parties shall complete the mediation on or before March 31, 2011. Any failure by PBGC to cooperate in completing the mediation will result in sanctions for failure to abide by the Orders of this Court. Signed by Judge David S. Cercone on 2/8/11. (jmc) (Entered: 02/08/2011) |
| 02/08/2011 | Ï 27 | ORDER REFERRING CASE to Mediation. Patricia Dodge is appointed as the mediator. Mediation shall be conducted by April 8, 2011. The report of the mediator shall be electronically filed within 7 days of the mediation conference. Notice of the mediation conference to be filed by 3/7/11. Cynthia Reed Edy is designated as lead counsel. Mediator PATRICIA DODGE added. Signed by Judge David S. Cercone on 2/8/11. (njt) (Entered: 02/08/2011) |
| 02/25/2011 | Ï 28 | Remark: Order dated 2/8/11 sent to plaintiff Wayne Hoscar returned by U.S. Postal Service indicating "return to sender – no forwarding address." (njt) (Entered: 02/25/2011) |
| 02/28/2011 | Ï 29 | AMENDED ORDER REFERRING CASE TO MEDIATION directing that mediation be completed by 3/31/11. Signed by Judge David S. Cercone on 2/28/11. (njt) (Entered: 02/28/2011) |
| 03/15/2011 | Ï 30 | REPORT of Mediation: Case has not been resolved. PATRICIA L. DODGE and PATRICIA L. DODGE terminated. Attorney Patricia L. Dodge terminated. **The parties are reminded of their obligation to complete the ADR questionnaire and return same to the Clerk of Court within 5 days of the conclusion of the ADR process. The questionnaire can be accessed at www.pawd.uscourts.gov. Click on the ADR icon.** Mediation session was held on 3/15/2011. (Dodge, Patricia) (Entered: 03/15/2011) |
| 03/17/2011 | Ï 31 | MEMORANDUM OPINION on Defendant's Motion to Dismiss or in the alternative to Transfer. Order to follow. Signed by Judge David S. Cercone on 3/17/11. (jmc) (Entered: 03/17/2011) |
| 03/17/2011 | Ï 32 | ORDER granting in part and denying in part 14 Motion to Dismiss or in the alternative to Transfer. The motion to transfer venue is GRANTED. The Clerk of Court shall transfer this case to the United States District Court for the District of Columbia forthwith. The remainder of Defendants motion to dismiss is DENIED. IT IS FURTHER ORDERED that the Plaintiffs have thirty (30) days to file a Second Amended Complaint. The complaint must be filed in the United States District Court for the District of Columbia. Plaintiffs shall have thirty (30) days thereafter to perfect service upon the United States Attorney for the District of Columbia and the Attorney General of the United States in compliance with the Federal Rules of Civil Procedure. Signed by Judge David S. Cercone on 3/17/11. (jmc) (Entered: 03/17/2011) |
| 03/17/2011 | Ï 33 | NOTICE of Withdrawal of Appearance of Cynthia Reed Eddy on behalf of ED ANTHENSON, JOHN E. ATKINSON, LEE BLANKENBICKER, TONY BRIANCESCO, MICHAEL E. BURCKURE, RALPH CANANZI, HARRY P. CARCASE, PAUL BRUCE CERATTI, FRANK CHRICO, E. J. CORBIN, DAVID CORY, ROGER COTTERMAN, ARTHUR BRUCE CRIBBS, PAUL DEPPENBROOK, WILLIAM EATON, ART EVANS, FRANK R. FERRERI, TERRY FLUENT, JOHN W. FRITZ, JR, WILLIAM GIPSON, OLSAN W. GLOVER, RON GOSSARD, CLIFFORD J. HALLSTEAD, ROBERT C. HARRINGTON, ROBERT HEATON, LEX HERBANIK, WAYNE HOSCAR, JAMES MICHAEL HOWE, CHARLES W. |

|  |  |
|---|---|
|  | HUNTINGTON, ROBERT H. HUSTON, PAUL KANE, RAYMOND A. KANE, KEITH A. KNOX, JACK E. LIBERT, CHARLES MAHOSKY, JAMES M. MANNON, JOHN R. MCDANEL, WILLIAM L. MCDOWELL, ALBERT MOORE, DAVID W. NAMOLA, JAMES P. NESTASIE, FRANK RAY PARRISH, THOMAS R. PARRISH, JERRY W. POWERS, THOMAS M. PROCOVICH, RICHARD M. RIHLEY, CARL ROSE, HOWARD D. SHULER, JR, ROBERT TAYLOR, JACK THOMAS, DENNIS THUMM, JOSEPH TRZCINSKI, STANLEY TURAK, WILLIAM J. VENEZIE, SR, EDWARD M. WALSH, LOUIS A. YOUNG, pro se litigant(s), in the above captioned matter. Attorney Cynthia Reed Eddy terminated. (Eddy, Cynthia) (Entered: 03/17/2011) |