CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RETURN TO SENDER
NOT AT ADDRESS

WAYNE HOSCAR
407 36th Street
Beaver Falls, PA 15010

NIXIE      152   CE 1         02   04/15/11
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
            *1631-07840-04-39

BC: 20001280239

UNITED STATES POSTAGE
$ 00.44°
APR 18 2011
MAILED FROM ZIP CODE